IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENE CAMPOS,<br><br>　　　　Defendant and Judgment Debtor.<br><br>NORTH BAKERSFIELD NISSAN, INC.,<br>(and its Successors and Assignees)<br><br>　　　　GARNISHEE. | Case No.:　1:19-mc-00018-JLT<br><br>**[PROPOSED] FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT (WAGES)**<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN THIS CASE TO A DISTRICT JUDGE |

　　The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Wages), and good cause appearing therefor, hereby recommends a final order of garnishment be granted.

**ORDER**

　　The Clerk of the Court is DIRECTED to assign this matter to a District Judge.

**FINDINGS AND RECOMMENDATION**

　　Based upon review of the pleadings on file and the plaintiff's request for Findings and Recommendations for Final Order of Garnishment (Wages), the Court **RECOMMENDS** that:

　　1.　The United States' Request for Findings and Recommendations for Final Order of Garnishment be GRANTED;

2. Within fifteen days of receiving the Final Order, Garnishee North Bakersfield Nissan, Inc., ("Nissan") be directed to pay to the Clerk of the Court all of Campos' non-exempt disposal wages, commissions, bonuses, earnings and other compensation it has been withholding from the date it received the Writ through the date the Court enters a Final Order of Garnishment;

3. Nissan be directed to withhold and to pay to the Clerk of the United States District Court 25% of Campos' future non-exempt disposable wages, commissions, bonuses, earnings and any other compensation until the Clerk or the United States informs Nissan that all amounts owed by Campos have been paid in full;

4. Payments be ordered to be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:00-cr-05442-AWI) shall be stated on the payment instrument.

5. The United States be allowed to recover a $29,510.98 litigation surcharge after satisfaction of the judgment in the criminal case denominated as *United States v. Rene Campos*, Case No. 1:00-cr-05442-AWI. ECF 16.

6. The Court retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **June 28, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE