UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Judgment Creditor,<br><br>　　v.<br><br>RENE CAMPOS,<br><br>　　　　Defendant and Judgement Debtor.<br><br>―――――――――――――――――<br><br>NORTH BAKERSFIELD NISSAN, INC.,<br><br>　　　　Garnishee. | No. 1:19-mc-00018-DAD-JLT<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 14) |

　　This matter is before the court on plaintiff United States' request for an order terminating wage garnishment. (Doc. No. 14.) As set forth in plaintiff's original application for a writ of garnishment, the United States garnished defendant Campos's wages from his employer, North Bakersfield Nissan, Inc. (Doc. No. 1.) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3205(c)(10)(C) because plaintiff has recovered the statutory assessment and restitution imposed on defendant Campos. (Doc. No. 14.)

/////

/////

1

Good cause appearing from the review of the court files and the United States' request for an order terminating wage garnishment, the United States' request (Doc. No. 14) will be granted. The writ of garnishment issued against Rene Campos is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS SO ORDERED.

Dated: **February 1, 2022**

UNITED STATES DISTRICT JUDGE